rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 5 min | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Simone Voltz | | | REPORTER/FTR 9:58-10:03 | | |
| MAGISTRATE JUDGE Nandor J. Vadas | | DATE June 25, 2008 | | | NEW CASE ☐ | CASE NUMBER 4-08-70344 WDB | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT Francisco Tijero | | AGE 20 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Patrick Robbins (CJA)(Prov. Appt.) | | PD.☐ RET.☐ APPT. ☒ |
| U.S. ATTORNEY Nicole Kim | | INTERPRETER Monique Inciarte (Spanish) | | | FIN. AFFT ☐ SUBMITTED | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Betty Kim | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR 4 min. | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☒ I.D. COUNSEL 1 min. | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | | ☒ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | | ☒ TRUE NAME: Francisco Javier Tijero | |

| ARRAIGNMENT | | | | |
|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED    ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 7/9/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:30AM | ☒ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. NJV (MEJ Courtroom) | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant has an INS Hold.
cc: NJV, MEJ, WDB, Pretrial

DOCUMENT NUMBER:

[FILED JUN 25 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]