JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CASBN 132043)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   E-mail: kimberly.briggs@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Fernando Guzman, Carlos Navarro, ) <br> Hernan Martinez, and Francisco Tijero ) <br> ) <br> Defendants. ) | No. CR 08-70344 WDB <br><br> ORDER CONTINUING HEARING DATE |

On July 9th, 2008 at 9:30 a.m. before the Honorable Magistrate Judge Nandor Vadas, the following defendants appeared with counsel: Fernando Guzman was represented by Joyce Leavitt, Carlos Navarro was represented by Ian Loveseth, Hernan Martinez was represented by David Billingsley, and Francisco Tijero was represented by Patrick Robbins and Benjamin Hughes.

At this hearing, and on the record, aided by a Spanish speaking translator, each defendant waived the timing of the indictment to allow all parties reasonable time to effectively prepare the case, taking into account the exercise of due diligence pursuant to Title 18, U.S.C. 3161(h)(8)(a) and (b) (iv).

Their counsel concurred. Both defendants and all counsel agreed that the matter

1  be put over to August 13, 2008 at 10:00 a.m. before the Honorable Magistrate Judge
2  Wayne D. Brazil for arraignment on the indictment.
3
4
5
6  DATED: July 14, 2008
7  _____
   MARIA-ELENA JAMES
   UNITED STATES MAGISTRATE JUDGE