AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 USC. § 846 – Conspiracy to Possess Heroin With Intent to Distribute; 21 USC. § 846 – Conspiracy to Possess Methamphetamine With Intent to Distribute; 21 USC. § 841(a)(1) – Possession of Heroin With Intent to Distribute; 21 USC. § 841(a)(1) – Possession of Methamphetamine With Intent to Distribute

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S ----

▶ FERNANDO GUZMAN

DISTRICT COURT NUMBER
CR08-521 SBA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 4:08-70344 WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   KIMBERLY M. BRIGGS, AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

DEFENDANT FERNANDO GUZMAN

COUNT ONE: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Heroin)

Penalty: 5 to 40 years imprisonment; $2,000,000 fine, 4 plus years term supervised release, $100 special assessment

COUNT TWO: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Heroin)

Penalty: 5 to 40 years imprisonment; $2,000,000 fine, 4 plus years term supervised release, $100 special assessment

COUNT THREE: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Heroin)

Penalty: 5 to 40 years imprisonment; $2,000,000 fine, 4 plus years term supervised release, $100 special assessment

COUNT FOUR: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Heroin)

Penalty: 5 to 40 years imprisonment; $2,000,000 fine, 4 plus years term supervised release, $100 special assessment

COUNT FIVE: (21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine)

Penalty: 10 years to life imprisonment; $4,000,000 fine; 5 plus years term supervised release, $100 special assessment

COUNT SIX: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Heroin)

Penalty: 5 to 40 years imprisonment; $2,000,000 fine, 4 plus years term supervised release, $100 special assessment

COUNT SEVEN: (21 U.S.C. § 846 – Conspiracy to Possess With Intent to Distribute Heroin and Methamphetamine)

Penalty: 10 years to life imprisonment; $4,000,000 fine; 5 plus years term supervised release,

$100 special assessment

COUNT EIGHT: (21 U.S.C. § 841(a)(1) – Possession of Heroin and Methamphetamine With Intent to Distribute)

Penalty: 10 years to life imprisonment; $4,000,000 fine; 5 plus years term supervised release, $100 special assessment

AO 257 (Rev. 6/78)

E-filing

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION |
| **OFFENSE CHARGED**<br>21 USC. § 846 – Conspiracy to Possess Heroin With Intent to Distribute; 21 USC. § 846 – Conspiracy to Possess Methamphetamine With Intent to Distribute; 21 USC. § 841(a)(1) – Possession of Heroin With Intent to Distribute; 21 USC. § 841(a)(1) – Possession of Methamphetamine With Intent to Distribute<br>☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony<br>PENALTY: SEE ATTACHMENT | FILED AUG - 6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND<br>**DEFENDANT - U.S**<br>▶ CARLOS NAVARRO<br>DISTRICT COURT NUMBER<br>**CR08-521 SBA** |
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (& Title, if any)<br>DRUG ENFORCEMENT ADMINISTRATION<br>☐ person is awaiting trial in another Federal or State Court, give name of court<br><br>☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. ATTORNEY  ☐ DEFENSE<br>SHOW DOCKET NO.<br><br>☐ this prosecution relates to a pending case involving this same defendant<br>MAGISTRATE CASE NO.<br>☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under<br>4:08-70344 WDB<br>Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO<br>☒ U.S. Attorney  ☐ Other U.S. Agency<br>Name of Assistant U.S. Attorney (if assigned)  KIMBERLY M. BRIGGS, AUSA | **DEFENDANT**<br>IS *NOT* IN CUSTODY<br>Has not been arrested, pending outcome this proceeding.<br>1) ☐ If not detained give date any prior summons was served on above charges ▶<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District)<br><br>IS IN CUSTODY<br>4) ☒ On this charge<br>5) ☐ On another conviction  ☐ Federal  ☐ State<br>6) ☐ Awaiting trial on other charges<br>If answer to (6) is "Yes", show name of institution<br><br>Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed<br>DATE OF ARREST ▶  Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year<br><br>☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** | |
| PROCESS:<br>☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT<br>If Summons, complete following:<br>☐ Arraignment  ☐ Initial Appearance<br>Defendant Address: | Bail Amount: _____<br>* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br>Date/Time: _____  Before Judge: _____<br>Comments: |

PENALTY SHEET ATTACHMENT

DEFENDANT CARLOS NAVARRO

COUNT SEVEN: (21 U.S.C. § 846 – Conspiracy to Possess With Intent to Distribute Heroin and Methamphetamine)

Penalty: 10 years to life imprisonment; $4,000,000 fine; 5 plus years term supervised release, $100 special assessment

COUNT EIGHT: (21 U.S.C. § 841(a)(1) – Possession of Heroin and Methamphetamine With Intent to Distribute)

Penalty: 10 years to life imprisonment; $4,000,000 fine; 5 plus years term supervised release, $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 USC. § 846 – Conspiracy to Possess Heroin With Intent to Distribute; 21 USC. § 846 – Conspiracy to Possess Methamphetamine With Intent to Distribute; 21 USC. § 841(a)(1) – Possession of Heroin With Intent to Distribute; 21 USC. § 841(a)(1) – Possession of Methamphetamine With Intent to Distribute

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ HERNAN MARTINEZ

DISTRICT COURT NUMBER

CR08-521 SBA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 4:08-70344 WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   KIMBERLY M. BRIGGS, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶_____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Federal ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

DEFENDANT HERNAN MARTINEZ

COUNT SEVEN: 21 U.S.C. § 846 – Conspiracy to Possess With Intent to Distribute Heroin and Methamphetamine

*If 851 Information alleging prior felony narcotics conviction filed:*

Penalty: 20 to life imprisonment, $8,000,000 fine, 8 years term supervised release, $100 special assessment

*If 851 Information alleging prior felony narcotics conviction not filed:*

Penalty: 10 years to life imprisonment, $4,000,000 fine; 5 plus years term supervised release; $100 special assessment

COUNT EIGHT: 21 U.S.C. § 841(a)(1) – Possession of Heroin and Methamphetamine With Intent to Distribute

*If 851 Information alleging prior felony narcotics conviction filed:*

Penalty: 20 to life imprisonment, $8,000,000 fine, 10 years term supervised release, $100 special assessment

*If 851 Information alleging prior felony narcotics conviction not filed:*

Penalty: 5 to 40 years imprisonment; $2,000,000 fine; 4 plus years of term supervised release, $100 special assessment

AO 257 (Rev. 6/78)

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 USC. § 846 – Conspiracy to Possess Heroin With Intent to Distribute; 21 USC. § 846 – Conspiracy to Possess Methamphetamine With Intent to Distribute; 21 USC. § 841(a)(1) – Possession of Heroin With Intent to Distribute; 21 USC. § 841(a)(1) – Possession of Methamphetamine With Intent to Distribute

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---- DEFENDANT - U.S ----

▶ FRANCISCO TIJERO

DISTRICT COURT NUMBER
CR08-521

FILED
AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
SBA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4:08-70344 WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   KIMBERLY M. BRIGGS, AUSA

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction              ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

DEFENDANT FRANCISCO TIJERO

COUNT SEVEN: 21 U.S.C. § 846 – Conspiracy to Possess With Intent to Distribute Heroin and Methamphetamine

*If 851 Information alleging prior felony narcotics conviction filed:*

Penalty: 20 to life imprisonment, $8,000,000 fine, 8 years term supervised release, $100 special assessment

*If 851 Information alleging prior felony narcotics conviction not filed:*

Penalty: 10 years to life imprisonment, $4,000,000 fine; 5 plus years term supervised release; $100 special assessment

COUNT EIGHT: 21 U.S.C. § 841(a)(1) – Possession of Heroin and Methamphetamine With Intent to Distribute

*If 851 Information alleging prior felony narcotics conviction filed:*

Penalty: 20 to life imprisonment, $8,000,000 fine, 10 years term supervised release, $100 special assessment

*If 851 Information alleging prior felony narcotics conviction not filed:*

Penalty: 5 to 40 years imprisonment; $2,000,000 fine; 4 plus years of term supervised release, $100 special assessment

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
AUG -6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-521 SBA**

FERNANDO GUZMAN,
CARLOS NAVARRO,
HERNAN MARTINEZ, and
FRANCISCO TIJERO,

DEFENDANT(S).

---

# INDICTMENT

21 U.S.C. § 846 - Conspiracy to Possess Heroin With Intent to Distribute; 21 U.S.C. § 846 - Conspiracy to Possess Methamphetamine With Intent to Distribute; 21 U.S.C. § 841(a)(1) - Possession of Heroin With Intent to Distribute; 21 U.S.C. § 841(a)(1) - Possession of Methamphetamine With Intent to Distribute

---

A true bill.

_____ Deputy Foreman

Filed in open court this 6th day of August 2008.

_____ Clerk

Bail, $ No process.

8-6-08

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-521 SBA |
| Plaintiff, | VIOLATIONS: 21 U.S.C. § 846 - Conspiracy to Possess Heroin With Intent to Distribute; 21 U.S.C. § 846 - Conspiracy to Possess Methamphetamine With Intent to Distribute; 21 U.S.C. § 841(a)(1) - Possession of Heroin With Intent to Distribute; 21 U.S.C. § 841(a)(1) - Possession of Methamphetamine With Intent to Distribute |
| v. | |
| FERNANDO GUZMAN, CARLOS NAVARRO, HERNAN MARTINEZ, and FRANCISCO TIJERO, | |
| Defendants. | OAKLAND VENUE |

INDICTMENT

1

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Heroin)

On or about April 22, 2008, in the Northern District of California, the defendant,

FERNANDO GUZMAN,

did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule I controlled substance, namely, approximately 123.7 grams of heroin, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Heroin)

On or about April 30, 2008, in the Northern District of California, the defendant,

FERNANDO GUZMAN,

did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule I controlled substance, namely, approximately 123.7 grams of heroin, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Heroin)

On or about April 30, 2008, in the Northern District of California, the defendant,

FERNANDO GUZMAN,

did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule I controlled substance, namely, approximately 124.9 grams of heroin, in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//

1  COUNT FOUR: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution
2  of Heroin)
3      On or about May 14, 2008, in the Northern District of California, the defendant,
4                                  FERNANDO GUZMAN,
5  did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule I
6  controlled substance, namely, approximately 125.1 grams of heroin, in violation of Title 21,
7  United States Code, Section 841(a)(1).
8
9  COUNT FIVE:   (21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine)
10     On or about May 14, 2008, in the Northern District of California, the defendant,
11                                 FERNANDO GUZMAN,
12 did knowingly and intentionally distribute a Schedule II controlled substance, namely,
13 approximately .41 gram of methamphetamine, in violation of Title 21, United States Code,
14 Section 841(a)(1).
15
16 COUNT SIX: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of
17 Heroin)
18     On or about June 3, 2008, in the Northern District of California, the defendant,
19                                 FERNANDO GUZMAN,
20 did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule I
21 controlled substance, namely, approximately 503.3 grams of heroin, in violation of Title 21,
22 United States Code, Section 841(a)(1).
23
24 COUNT SEVEN: (21 U.S.C. § 846 – Conspiracy to Possess With Intent to Distribute Heroin
25 and Methamphetamine)
26     Beginning at a time unknown to the Grand Jury, but no later than June 3, 2008, in the
27 Northern District of California, the defendants,
28                                 FERNANDO GUZMAN,
                                    CARLOS NAVARRO,

3

HERNAN MARTINEZ, and
FRANCISCO TIJERO,

did knowingly and intentionally conspire to possess with intent to distribute, and to distribute, a Schedule I controlled substance, namely, approximately 262.2 grams of heroin, and a Schedule II controlled substance, namely, approximately 438.3 grams of methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT EIGHT:  (21 U.S.C. § 841(a)(1) – Possession of Heroin and Methamphetamine With Intent to Distribute)

On or about June 3, 2008, in the Northern District of California, the defendants,

FERNANDO GUZMAN,
CARLOS NAVARRO,
HERNAN MARTINEZ, and
FRANCISCO TIJERO,

did knowingly and intentionally possess with intent to distribute, a Schedule I controlled substance, namely, approximately 262.2 grams of heroin, and a Schedule II controlled substance, namely, approximately 438.3 grams of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

DATED:                                                      A TRUE BILL.

August 6, 2008

                                                            Deputy FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
                      AUSA KIMBERLY BRIGGS

4